UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY J. HALPERN, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CV 50305 |
| | ) | Judge Iain D. Johnston |
| JUDGE JAMES BOASBERG, *et al.*, | ) | |
|       Defendants. | ) | |

**ORDER**

      Federal courts are courts of limited jurisdiction, and a district court has a continuing obligation to ensure that it has jurisdiction over the cases before it. *See Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010) ("Courts have an independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it."). One component of federal jurisdiction is Article III standing, which requires that a "plaintiff must have (1) suffered an injury in fact, (2) that is fairly traceable to the challenge conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision." *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016).

      Plaintiff Gregory Halpern filed this suit in state court, which the defendants who have been served then removed to federal court under 28 U.S.C. § 1441. As the parties invoking federal jurisdiction, the burden falls on Defendants to establish Article III standing. *See Collier v. SP Plus Corp.*, 889 F.3d 894, 896 (7th Cir. 2018). Indeed, as forewarned in this Court's standing order on Removed Cases, if a defendant removes a case that lacks Article III standing, "this Court may summarily remand the action back to state court."

      The Court issues a rule to show cause why this case should not be remanded to state court based on lack of Article III standing. Defendants shall respond by August 8, 2025. Plaintiff shall respond by August 22, 2025. Also by August 8, 2025, each defense counsel shall file the certification required by this Court's standing order on Removed Cases. Alternatively, by August 8, 2025, Defendants may file a notification that they consent to a remand. Until the issue of standing is resolved, answers are stayed.

Date: July 24, 2025      By: _____
                                                         Iain D. Johnston
                                                         United States District Judge